PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Hassan Leeks  Cr.: 18-00119-001
PACTS #: 4172973

Name of Sentencing Judicial Officer:   THE HONORABLE STANLEY R. CHESLER
SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/22/2020

Original Offense:   Unlawful Transport of Firearms - Etc., 18 U.S.C.; Section: 922(g)(1)

Original Sentence: 16 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Alcohol Restrictions, Alcohol Treatment, Drug Treatment, Gang Associate/Member, Gang Restriction Court Ordered, Life Skills Counseling, Education/Training Requirements, Mental Health Treatment, Support Dependents

Type of Supervision: Supervised Release   Date Supervision Commenced: 07/07/2021

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number   Nature of Noncompliance

1   The offender has violated the mandatory supervision condition which states **'You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests, thereafter, as determined by the Court.'**

During a contact with Leeks at his residence on October 1, 2021, he submitted a urine sample which tested positive for the use of marijuana and methamphetamine. The client subsequently admitted to using marijuana but denied using methamphetamine.

Prob 12A – page 2
Hassan Leeks

U.S. Probation Officer Action:

No official Court action is recommended at this time. A copy of this letter will be provided to Mr. Leeks and will serve as an official written reprimand. He will be referred for a substance abuse evaluation and possibly treatment at Oak Integrated Care. Any further noncompliance with be reported to Your Honor in a timely manner.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Kevin P. Egli*

By:   KEVIN P. EGLI
Sr. U.S. Probation Officer

/ kpe

APPROVED:

Digitally signed by Luis R. Gonzalez
Date: 2022.01.10 15:26:42 -05'00'

LUIS R. GONZALEZ                    Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ **X** **No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)**

☐  Submit a Request for Modifying the Conditions or Term of Supervision

☐  Submit a Request for Warrant or Summons

☐  Other

s/Stanley R. Chesler, U. S. D. J.

Signature of Judicial Officer

1/10/2022
Date